```
BNKA 1115001364          BANKRUPTCY RECEIPTS  CH 13   INV M66   12/15/08 11:23:03
AD DEANGELO    DUE 05/01/08   PMT    1,660.67   TYPE CONV. RES.
                                                                           MAN B
3525 SMITH RD              DARLINGTON MD 21034                      GROUP B__
-DEBT-------------------* POST-PETITION PAYMENTS *--------------PRO NMB------
RECEIVED    PP PMTS  EFF DATE   1098   CHECK DATE / NUMBER    L/C ADJ  CNT REASON
     .00       00    MM/DD/YY          MM/DD/YY  _____    .00    0    _
PMTS     PMT AMT      L/C PD     SUSPENSE    NSF PD     ESCROW    ADTL PRIN   OVR
  1      1660.67        .00         .00        .00        .00        .00      1

PLAN 1:    AMOUNT     DUE DATE      PLAN 2:   AMOUNT    DUE DATE
              .00     MM/DD/YY                   .00    MM/DD/YY     PMT  1 OF  0
------------------* PRESS PF2 FOR ADDITIONAL MESSAGES *---------------------
MOTION FOR RELIEF REQ 12/16/08      POST-PETITION PAST DUE  45 DAYS
PRESS PF14 FOR MEMOS                PLS-CLIENT 011 LOAN
SUSPENDED FORECLOSURE               CH 13
-SUSP----------------------------------------------------* POST-PETITION *------
MSP SUSPENSE:         40.38              DUE DATE   PAYMENT    LATE CHG
TRUSTEE SUSP:           .00              11-01-08   1625.29      69.59
 DEBTOR SUSP:         40.38    00  PP-PMTS
  POST 1 DUE:                      PMT
  POST 2 DUE:                      PMT
LATE CHARGES DUE:    556.72    NSF FEES DUE:     .00
GRACE DAYS:                                 PROCESSOR: BOUNASSISSI
```
**Exhibit C**